DPS:dps

# United States District Court

STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
v.
KIRON JAMOLL WILLIAMS, and
LYNDON AKEEM WIGGINS

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-MJ-205 JGL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 27, 2005 in Hennepin county, in the State and District of Minnesota defendant(s) did, (Track Statutory Language of Offense)

aiding and abetting and being aided and abetted by each other, having each previously been convicted of felony crime that is punishable by imprisonment for a term exceeding one year, thereafter knowingly and intentionally possessed, in and affecting interstate commerce, a firearm, namely a Smith and Wesson 9mm pistol; all in violation of Title 18, United States Code, Section 922(g)(1).

in violation of Title 18 United States Code, Section(s) 2 and 922(g).

I further state that I am a(n) Special Agent and that this complaint is based on the following
                                   Official Title

facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

SCANNED
MAY 26 2005
U.S. DISTRICT COURT

Signature of Complainant
Peter Noble
ATF

Sworn to before me, and subscribed in my presence,

_____   at   Minneapolis, MN
Date                                City and State

Jonathan Lebedoff, Chief U.S. Magistrate Judge
Name & Title of Judicial Officer         Signature of Judicial Officer

STATE OF MINNESOTA )
) ss  AFFIDAVIT OF PETER NOBLE
COUNTY OF HENNEPIN )

1. I am employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives and have been a law enforcement officer for approximately 14 years. The facts set forth in this Affidavit are based upon my personal knowledge and upon information provided to me by other officers involved in the investigation.

2. On March 27, 2005, Minneapolis Police officers were dispatched to a residence in North Minneapolis investigate a burglary and home invasion robbery. When officers arrived, they spoke with the residents of the home.

3. The officers observed that the two residents of the home (herafter Witness #1 and Witness #2) were upset and emotional. Witness #2 had sustained a recent head injury. Witnesses #1 and #2 advised the officers that at approximately 12:00 a.m., several men had entered their home without permission by forcing open a locked door. Two of the men were later identified by Witnesses #1 and #2 as KIRON JAMALL WILLIAMS and LYNDON AKEEM WIGGINS.

4. Witness #2 told the officers that after WILLIAMS forced his way into the house, WILLIAMS pointed a pistol at Witness #2, told him "Don't look," and struck Witness #2 in the head with the pistol. Witness #2 also told officers that he recognized WIGGINS, who was a relative. Witness #2 said that WILLIAMS, WIGGINS and the other men were ransacking the house, looking for valuables.

5. Witness #1 told officers that one of the men confronted Witness #1 in an upstairs bedroom holding a pistol and told her, "Get downstairs, bitch." Witness #1 went downstairs and joined Witness #2, who was observed face-down on the carpet, bleeding from

the head.

6. Witnesses #1 and #2 told officers that several items were taken from the home, including a camcorder, jewelry, and a 9mm Smith and Wesson semi-automatic pistol.

7. Your affiant has checked the criminal histories of WILLIAMS and WIGGINS and learned that both have been previously convicted of felony offenses in the State of Minnesota. WILLIAMS has been convicted of Assault in the Second Degree on November 13, 2003, in the Fourth Judicial District, Minneapolis, Minnesota. Your affiant has also learned that WIGGINS was convicted of First Degree Aggravated Robbery on August 1, 2002, in the Fourth Judicial District, Minneapolis, Minnesota.

8. Your affiant checked records maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives provided to the ATF by firearms dealers. Your affiant has learned from these records that Witness #2 purchased a Smith and Wesson 9mm pistol, bearing serial number TAU1407 from the Minneapolis Outlet Exchange on June 14, 1993. Your affiant is aware that this firearm was manufactured outside of the State of Minnesota and therefore traveled in interstate commerce before being possessed by WILLIAMS and WIGGINS.

PETER NOBLE, Special Agent
ATF

SUBSCRIBED and SWORN to before me
this 26 day of May, 2005

_____
CHIEF UNITED STATES MAGISTRATE JUDGE

2